CERTIFICATE OF SERVICE


I certify that on this 26th day of May, 2026, I served a true and correct copy of the foregoing upon counsel for Defendants, Wanda Borges, via ECF and/or electronic mail at wborges@borgeslawllc.com.



_____

Jason C. Sheppard

Plaintiff, Pro Se