# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

*** Filed ***
03:34 PM, 06 Jul, 2026
U.S.D.C., Eastern District of New York

| | | |
|---|---|---|
| **DREAMTEAM DEVELOPMENT, LLC,** | ) | Case No. 1:26-cv-01894-VMS |
| **JASON C. SHEPPARD,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **MOTION TO ISSUE SUMMONSES** |
| **FENIX CAPITAL FUNDING, LLC,** | ) | **OR RULE ON IFP APPLICATION** |
| **Defendant.** | ) | |

### PLAINTIFF JASON C. SHEPPARD'S MOTION TO ISSUE SUMMONSES OR, IN THE ALTERNATIVE, TO RULE UPON PENDING MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Jason C. Sheppard, appearing pro se solely on his own behalf and not on behalf of DreamTeam Development, LLC or any other corporate entity, respectfully moves the Court for an Order directing the Clerk to issue summonses or, in the alternative, ruling upon his pending Motion to Proceed In Forma Pauperis.

Counsel has been retained for the corporate plaintiffs and is expected to appear on their behalf. This motion is submitted solely to address the procedural status of this action so that service may be completed and the litigation may proceed.

In support thereof, Mr. Sheppard states as follows:

1. This action was originally commenced on November 4, 2025, transferred to this Court on April 6, 2026, and the operative Verified First Amended Complaint was filed on April 21, 2026.

2. Mr. Sheppard's Motion to Proceed In Forma Pauperis remains pending before the Court.

3. To date, no summonses have been issued, and service of the operative complaint therefore cannot be completed.

4. During the intervening months, Plaintiffs have continued to diligently prosecute this action by filing the Verified First Amended Complaint, the RICO Case Statement, supplemental notices, newly discovered evidence, and other materials relevant to the claims asserted.

5. Approximately eight months have now elapsed since this action was commenced. Despite Plaintiffs' continued prosecution of the case, the action remains procedurally stalled because the pending Motion to Proceed In Forma Pauperis has not yet been resolved and no summonses have been issued.

6. Mr. Sheppard is now in a position to pay the applicable filing fee if necessary to permit this action to proceed without further delay.

7. Mr. Sheppard seeks only to move this litigation forward so that Defendants may be served and the action may proceed in the ordinary course.

WHEREFORE, Plaintiff Jason C. Sheppard respectfully requests that the Court:

A. Rule upon the pending Motion to Proceed In Forma Pauperis;

or, in the alternative,

B. Permit Mr. Sheppard to withdraw his pending Motion to Proceed In Forma Pauperis, pay the applicable filing fee, and direct the Clerk to issue summonses so that service of the operative complaint may promptly be completed;

and grant such other and further relief as the Court deems just and proper.

Dated July 6th, 2026

Respectfully submitted,

_____

Jason C. Sheppard

Plaintiff, Pro Se

412-330-8586

Jsheppard@dreamteamwebdesign.com